UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-10104-ALTMAN/Reid

**GANNON DAVIS**, *et al.*,

    *Plaintiffs*,

v.

**TROPIC WATER SPORTS LLC**, *et al.*,

    *Defendants*.

_____/

## ORDER

On January 31, 2023, we entered an Order that required the parties to file a stipulation of dismissal by February 28, 2023. *See* Order [ECF No. 32]. As of this writing, no stipulation of dismissal has been filed, and the time for filing has expired. Accordingly, the Court hereby **ORDERS** that the case be **DISMISSED without prejudice**.

**DONE AND ORDERED** in the Southern District of Florida on March 9, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record